UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                     Criminal No. 11-cr-150-02-JL

<u>David Moses</u>

O R D E R

The assented to motion to reschedule jury trial (document no. 22) filed by defendant David Moses is granted in part; The continuance is limited to 60 days. As all co-defendants assented to the continuance, trial is continued as to all defendant as follows: Final Pretrial is rescheduled to February 23, 2012 at 2:00 p.m.; Trial is continued to the two-week period beginning March 6, 2012, 9:30 a.m.

Defendant Moses shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: December 14, 2011

cc: Jonathan Cohen, Esq.
    Jennifer Davis, Esq.
    Donnald Kennedy, Esq.
    Theodore Lothstein, Esq.
    U.S. Marshal
    U.S. Probation