UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                    Criminal No. 11-cr-150-02-JL

David Moses

O R D E R

The assented to motion to reschedule jury trial (document no. 27) filed by defendant Moses is granted; No further continuances without a showing of exceedlingly good cause.  As co-defendants Joshua Bixby and Anthony Carr are in agreement to this continuance, the final pretrial and trial as to all defendants is rescheduled as follows: Final Pretrial is rescheduled to April 11, 2012 at 11 AM; Trial is continued to the two-week period beginning May 1, 2012 at 9:30 AM.

Defendant Moses shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  February 9, 2012

cc:  Jonathan Cohen, Esq.
     Donald Kennedy, Esq.
     Theodore Lothstein, Esq.
     Jennifer Davis, Esq.
     U.S. Marshal
     U.S. Probation